**RECEIVED**
IN LAKE CHARLES, LA.

**NOV 10 2009**

TONY R. MOORE, CLERK
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **BENJAMIN L. COOPER**<br>**FED. REG. # 08069-021**<br>VS. | **CIVIL ACTION NO. 09-0433**<br><br>**SECTION P**<br><br>**JUDGE MINALDI** |
| **WARDEN JOE P. YOUNG** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this \_10\_ day of \_\_Nov_____, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE